USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2020

ROSNER NOCERA & RAGONE, LLP

ELIOT L. GREENBERG
PARTNER
EGREENBERG@RNRLAWGROUP.COM

ATTORNEYS AT LAW
61 BROADWAY
SUITE 1900
NEW YORK, N.Y. 10006-2706

PHONE: 212-635-2244
FAX: 212-635-0533

PHONE: 609-520-9060
FACSIMILE: 609-520-9407

January 2, 2020

**Via CM/ECF**
Honorable Magistrate Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 15D
New York, New York 10007

Re:   Rebecca Koven v. Brink's Global Services USA, Inc.
Index No.:   1:19-cv-10113-AT

Dear Honorable Judge Torres,

We are counsel for Plaintiff, Rebecca Koven ("Koven" or "Plaintiff") with regard to the above referenced matter. Pursuant to your Initial Pre-Trial Conference Order dated November 6, 2019 (the "PreTrial Order"), all parties were directed to submit (i) a joint letter by January 2, 2020 addressing the (a) case; (b) contemplated motions; and (c) prospect for settlement; (ii) a Case Management Plan; and (iii) Scheduling Order. In accordance with your Honor's Individual Practice Rules, Plaintiff respectfully makes the instant application to adjourn the Pre-Trial Conference currently scheduled for January 9, 2020 at 11:40a.m.

To date, the Clerk of the Court has not issued a Summons in a Civil Action for Defendant Brink's Global Services, USA, Inc. ("Defendant" or "Brinks") and thus, service has not yet been effectuated. We have been informed by the Clerk of the Court that a Summons in a Civil Action for Defendant will be issued on or before the close of business on the 3rd January 2020. Once the Summons has been issued, Plaintiff will endeavor to serve Defendant with Plaintiff's Summons and Complaint.

As a result of the foregoing, and in the interest of judicial economy, Plaintiff respectfully requests that the Pre-Trial Conference currently scheduled for January 9, 2020 at 11:40 a.m. be adjourned to March 10, 2020 or any date convenient for the Court thereafter so that all parties appearing in the instant action may participate.

We thank you for your attention to this matter. If you have any questions, please do not hesitate to contact the undersigned.

Respectfully submitted,

/S/ Eliot L. Greenberg
Eliot L. Greenberg, Esq. (EG-8210)
ROSNER NOCERA & RAGONE, LLP
*Attorneys for Plaintiff Rebecca Koven*

GRANTED. The initial pretrial conference scheduled for January 9, 2020, is ADJOURNED to **March 16, 2020**, at **11:00 a.m.** By **March 9, 2020**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 2, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge