ROSNER NOCERA & RAGONE, LLP
ATTORNEYS AT LAW
61 BROADWAY
SUITE 1900
NEW YORK, N.Y. 10006-2706

PHONE: 212-635-2244
FAX: 212-635-0533

ELIOT L. GREENBERG
PARTNER
EGREENBERG@RNRLAWGROUP.COM

NEW JERSEY OFFICE
120 EAGLE ROCK AVENUE
SUITE 324
EAST HANOVER, N.J. 07936
PHONE: 609-520-9060
FACSIMILE: 609-520-9407

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/2020

March 2, 2020

The Initial Conference is rescheduled for March 31, 2020 at 10:00AM. SO ORDERED.

Date: 3/3/2020
New York, New York

Mary Kay Vyskocil
United States District Judge

**Via CM/ECF**
Honorable Judge Mary Kay Vyskocil
U.S. District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, New York 10007

Re: Rebecca Koven v. Brink's Global Services USA Inc.
Case No. 1:19-cv-10113-MKV

Dear Honorable Judge Vyskocil,

My firm is counsel for the Plaintiff, Rebecca Koven, with regard to the above referenced matter. With the consent of counsel for Defendant Brink's Global Services USA Inc., I write this letter respectfully requesting that the Initial Conference, scheduled on March 24, 2020 at 12:00 p.m., be adjourned for one week to March 30, 2020. The adjournment is requested since I will be out of town on March 24, 2020.

Thank you for your consideration. If you have any questions, please do not hesitate to contact me.

Respectfully submitted,

/s/ Eliot L. Greenberg
Eliot L. Greenberg, Esq. (EG-8210)
ROSNER NOCERA & RAGONE, LLP
*Attorneys for Plaintiff Rebecca Koven*

cc: Brian Gibbons, Esq.