USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 8/12/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**REBECCA KOVEN,**

                          **Plaintiff,**                    **19-CV-10113 (SN)**

          **-against-**                              **ORDER**

**BRINK'S GLOBAL SERVICES USA INC.,**

                          **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The telephonic status conference currently scheduled for Monday, September 28, 2020, at 11:00 a.m. is RESCHEDULED for Tuesday, September 29, 2020, at 11:00 a.m. The parties shall follow the dial-in instructions provided in the Court's August 5, 2020 Order.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     August 12, 2020
                New York, New York