UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

REBECCA KOVEN,

                      **Plaintiff,**                                        19-CV-10113 (SN)

       -against-                                             **ORDER**

BRINK'S GLOBAL SERVICES USA INC.,

                      **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Pursuant to the Court's December 23, 2020 order, the parties were scheduled to file a stipulation of discontinuance by January 22, 2021. See ECF No. 53. As of today, no such document has been filed. Accordingly, the parties shall file the stipulation of discontinuance or a joint status letter if no stipulation of discontinuance has been co-signed by the parties no later than February 8, 2021.

**SO ORDERED.**

                                                                                      SARAH NETBURN
                                                                                     United States Magistrate Judge

DATED:      February 2, 2021
                 New York, New York